LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
NICHOLAS COSTA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS COSTA <br><br> Defendants. | CASE NO.  2:24-cr-00187-JAM <br><br> **FIRST STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE** <br><br> DATE: March 24, 2026 <br> TIME: 9:00 a.m. <br> COURT: Hon. John A. Mendez |

**STIPULATION**

1.     By previous order, this matter was set for sentencing on March 24, 2026.

2.     By this stipulation, defendants now move reset the **sentencing** on **May 05, 2026, at 9:00 a.m.**

3.     The parties agree and stipulate, and request that the Court find the following:

a)     Counsel for defendant desires additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review discovery in this matter, and to provide mitigating information to probation.

b)     Counsel for defendant believes that the continuance will allow for additional mitigation to be presented at sentencing.

c)     Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)     The government does not object to the continuance.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4.      The parties stipulate to the following dates:

a)      Draft PSR:      **March 24, 2026**

b)      Objections:     **April 07, 2026**

c)      Final PSR:      **April 14, 2026**

d)      Correction:     **April 21, 2026**

e)      Reply:          **April 28, 2026**

f)      Sentencing:     May 05, 2026

5.      Probation does not object to the continuance.

IT IS SO STIPULATED.

Dated:  February 10, 2026

ERIC GRANT
United States Attorney

/s/ CAMERON DESMOND
CAMERON DESMOND
Assistant United States Attorney

Dated:  February 10, 2026

/s/ MICHAEL HEUMANN
MICHAEL HEUMANN
Counsel for Defendant
NICHOLAS COSTA

## ORDER

IT IS SO ORDERED.

Dated: February 10, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2