LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
NICHOLAS COSTA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00187-JAM |
|---|---|
| Plaintiff, | **SECOND STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE** |
| v. | |
| NICHOLAS COSTA | DATE: May 5, 2026 |
| Defendants. | TIME: 9:00 a.m. COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for sentencing on May 5, 2026.

2. By this stipulation, defendants now move reset the sentencing on **June 16, 2026, at 9:00 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant desires additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review discovery in this matter, and to provide mitigating information to probation.

b) Counsel for defendant believes that the continuance will allow for additional mitigation to be presented at sentencing. Probation has issued a draft report on March 19, 2026 and the defense is requesting a revised draft PSR to allow for inclusion of personal history information.

c) Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

account the exercise of due diligence.

     d)      The government does not object to the continuance.

4.      The parties stipulate to the following dates:

     a)      Revised Draft PSR:    **May 05, 2026**

     b)      Objections:       **May 19, 202**6

     c)      Final PSR:       **May 26, 2026**

     d)      Correction:       **June 02, 2026**

     e)      Reply:       **June 09, 2026**

     f)      Sentencing:       June 16, 2026

5.      Probation does not object to the continuance.

IT IS SO STIPULATED.

Dated:  April 17, 2026

                     ERIC GRANT
                     United States Attorney

                     /s/ CAMERON DESMOND
                     CAMERON DESMOND
                     Assistant United States Attorney

Dated:  April 17, 2026

                     /s/ MICHAEL HEUMANN
                     MICHAEL HEUMANN
                     Counsel for Defendant
                     NICHOLAS COSTA

**ORDER**

IT IS SO ORDERED.

Dated: April 17, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2